# **EXHIBIT D**

1 | NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
2 | 530 Lytton Avenue
2nd Floor
3 | Palo Alto, California 94301
Phone: (650) 617-3419
4 | Facsimile: (650) 618-2600
Email: nsg@gikkaslaw.com
5 |

6 | KIEUN SUNG-IKEGAMI (SBN 211762)
JON IKEGAMI (SBN 211766)
7 | INNOVATION COUNSEL LLP
2880 Lakeside Drive
8 | Suite 200
Santa Clara, California 95054
9 | Phone: (408) 331-1670
Facsimile: (408) 638-0326
10 | Email: jsung@innovationcounsel.com
jikegami@innovationcounsel.com
11 |

12 | Attorneys for Plaintiff
PETZILLA, INC.
13 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PETZILLA, INC. a Delaware corporation, d/b/a Petzila, | Case No. 14-cv-01354 EMC |
|---|---|
| Plaintiff, | **NOTICE OF DEPOSITION OF ANSER INNOVATION LLC** |
| v. | **JURISDICTIONAL DISCOVERY** |
| ANSER INNOVATION LLC, a Minnesota limited liability company, | |
| Defendant. | Judge: Hon. Edward M. Chen |

Notice of Deposition of Anser Innovation LLC
Case No. 14-cv-01354 EMC

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to and in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Petzilla, Inc., by its attorneys will commence the deposition of Anser Innovation LLC for purposes of jurisdictional discovery on April 28, 2014 at 10:00 a.m. at the offices of Innovation Counsel LLP, 2880 Lakeside Drive, Suite 200, Santa Clara, California 95054, or at such other location as may be agreed upon by the parties.  This deposition will be taken before a certified shorthand reporter authorized by law to administer oaths, and will be recorded stenographically and by videotape.

Dated:  April 21, 2014                                   THE GIKKAS LAW FIRM

                                                        By:  /s/ Nicolas S. Gikkas
                                                        NICOLAS S. GIKKAS
                                                        Attorneys for Plaintiff
                                                        PETZILLA, INC. d/b/a PETZILA