# **EXHIBIT E**

NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Phone: (650) 617-3419
Facsimile: (650) 618-2600
Email: nsg@gikkaslaw.com

KIEUN SUNG-IKEGAMI (SBN 211762)
JON IKEGAMI (SBN 211766)
INNOVATION COUNSEL LLP
2880 Lakeside Drive
Suite 200
Santa Clara, California 95054
Phone: (408) 331-1670
Facsimile: (408) 638-0326
Email: jsung@innovationcounsel.com
       jikegami@innovationcounsel.com

Attorneys for Plaintiff
PETZILLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETZILLA, INC. a Delaware corporation, d/b/a Petzila,<br><br>Plaintiff,<br><br>v.<br><br>ANSER INNOVATION LLC, a Minnesota limited liability company,<br><br>Defendant. | Case No. 14-cv-01354 EMC<br><br>**NOTICE OF DEPOSITION OF LISA M. LAVIN**<br><br>**JURISDICTIONAL DISCOVERY**<br><br>Judge: Hon. Edward M. Chen |

Notice of Deposition of Lisa M. Lavin
Case No. 14-cv-01354 EMC

1
2        TO ALL PARTIES AND COUNSEL OF RECORD:
3        PLEASE TAKE NOTICE that, pursuant to and in accordance with Rule 30(b)(1) of the
4  Federal Rules of Civil Procedure, Petzilla, Inc., by its attorneys will commence the deposition of
5  Lisa M. Lavin for purposes of jurisdictional discovery on April 28, 2014 at 10:00 a.m. at the offices
6  of Innovation Counsel LLP, 2880 Lakeside Drive, Suite 200, Santa Clara, California 95054, or at
7  such other location as may be agreed upon by the parties.  This deposition will be taken before a
8  certified shorthand reporter authorized by law to administer oaths, and will be recorded
9  stenographically and by videotape.
10
11  Dated: April 21, 2014                    THE GIKKAS LAW FIRM
12
13                                            By:  /s/ Nicolas S. Gikkas
                                              NICOLAS S. GIKKAS
14                                            Attorneys for Plaintiff
                                              PETZILLA, INC. d/b/a PETZILA
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Deposition of Lisa M. Lavin                                              2
Case No. 14-cv-01354 EMC