MICHAEL F. HEAFEY (State Bar No. 153499)
mheafey@kslaw.com
GEORGE R. MORRIS (State Bar No. 249930)
gmorris@kslaw.com
King & Spalding LLP
601 S. California Street
Palo Alto, CA 94304
Telephone: 1 650 422 6700
Facsimile:  1 650 422 6800

GRANT D. FAIRBAIRN (admitted *pro hac vice*)
gfairbairn@fredlaw.com
Fredrikson Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425
Telephone: 1 612 492 7000
Facsimile: 1 612 492 7077

Attorneys for Defendant
ANSER INNOVATION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETZILLA, INC. a Delaware Corporation, d/b/a Petzila,<br><br>    Plaintiff,<br><br>  v.<br><br>ANSER INNOVATION LLC, a Minnesota limited liability company,<br><br>    Defendant. | Case No.  3:14-cv-01354-EMC<br><br>**PLAINTIFF AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER TO AMEND THE HEARING DATE FOR PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY**<br><br>Hearing Date:  May 29, 2014<br>Hearing Time:  1:30 p.m.<br>Courtroom 5 on the 17th Floor of the San Francisco Courthouse<br>Judge: Honorable Edward M. Chen<br>Trial Date: None set |

PLAINTIFF AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER
TO AMEND THE HEARING DATE FOR PLAINTIFF'S MOTION
FOR JURISDICTIONAL DISCOVERY                                    CASE NO. 3:14-CV-01354-EMC

1  WHEREAS, Plaintiff Petzilla, Inc. filed a motion for jurisdictional discovery in this matter on April 23, 2014 (Dkt. No. 17);

WHEREAS, the Court scheduled Plaintiff's motion for jurisdictional discovery to be heard on May 29, 2014 (Dkt. No. 23);

WHEREAS, Defendant's lead counsel has a pre-existing conflict on May 29, 2014, and requests a hearing date of June 5, 2014; and

WHEREAS, Plaintiff's lead counsel does not object to Defendant's request.

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and jointly request that the Court amend the hearing date for Plaintiff's motion for jurisdictional discovery and set the matter for hearing on June 5, 2014 at 1:30 p.m.


DATED:  May 5, 2014                  Respectfully submitted,

                                     By:    /s/ Grant D. Fairbairn

                                     MICHAEL F. HEAFEY (State Bar No. 153499)
                                     mheafey@kslaw.com
                                     GEORGE R. MORRIS (State Bar No. 249930)
                                     gmorris@kslaw.com
                                     King & Spalding LLP
                                     601 S. California Street
                                     Palo Alto, CA 94304
                                     Telephone: 1 650 422 6700
                                     Facsimile:  1 650 422 6800

                                     GRANT D. FAIRBAIRN
                                     (admitted pro hac vice)
                                     gfairbairn@fredlaw.com
                                     Fredrikson & Byron, P.A.
                                     200 South 6th Street, Suite 4000
                                     Minneapolis, MN 55402
                                     Telephone: 1 612 492 7255
                                     Facsimile: 1 612 492 7077

                                     Attorneys for Defendant
                                     ANSER INNOVATION LLC

By:    /s/ Nicolas S. Gikkas

NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Phone: (650) 617-3419
Facsimile: (650) 618-2600
Email: nsg@gikkaslaw.com

KIEUN SUNG-IKEGAMI (SBN 211762)
INNOVATION COUNSEL LLP
2880 Lakeside Drive
Suite 200
Santa Clara, California 95054
Phone: (408) 331-1670
Facsimile: (408) 638-0326
Email: jsung@innovationcounsel.com

JON Y. IKEGAMI (SBN 211766)
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Phone: (650) 843-5849
Facsimile: (650) 857-0663
JIKEGAMI@BEYERLAW.COM

Attorneys for Plaintiff
Petzilla, Inc.

**IT IS SO ORDERED:**

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

PLAINTIFF AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER
TO AMEND THE HEARING DATE FOR PLAINTIFF'S MOTION
FOR JURISDICTIONAL DISCOVERY

CASE NO. 3:14-CV-01354-EMC

# CERTIFICATE OF SERVICE

I certify that on this date, I filed the foregoing **Plaintiff and Defendant's Stipulation and [Proposed] Order to Amend the Hearing Date for Plaintiff's Motion for Jurisdictional Discovery** with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to the following attorneys of record and to all the registered participants as identified on the Notice of Electronic Filing (NEF) on May 5, 2014.

*Attorneys for Plaintiff:*

NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Phone: (650) 617-3419
Facsimile: (650) 618-2600
Email: nsg@gikkaslaw.com

KIEUN SUNG-IKEGAMI (SBN 211762)
INNOVATION COUNSEL LLP
2880 Lakeside Drive
Suite 200
Santa Clara, California 95054
Phone: (408) 331-1670
Facsimile: (408) 638-0326
Email: jsung@innovationcounsel.com

JON Y. IKEGAMI (SBN 211766)
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Phone: (650) 843-5849
Facsimile: (650) 857-0663
jikegami@beyerlaw.com

Date:  May 5, 2014                              By:   */s/ George R. Morris*
                                                      GEORGE R. MORRIS

3

PLAINTIFF AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER
TO AMEND THE HEARING DATE FOR PLAINTIFF'S MOTION
FOR JURISDICTIONAL DISCOVERY

CASE NO. 3:14-CV-01354-EMC