1    NICOLAS S. GIKKAS (SBN 189452)
     THE GIKKAS LAW FIRM
2    530 Lytton Avenue
     2nd Floor
3    Palo Alto, California 94301
     Phone:  (650) 617-3419
4    Facsimile:  (650) 618-2600
     Email:  nsg@gikkaslaw.com
5

6    KIEUN SUNG-IKEGAMI (SBN 211762)
     JON IKEGAMI (SBN 211766)
7    INNOVATION COUNSEL LLP
     2880 Lakeside Drive
8    Suite 200
     Santa Clara, California 95054
9    Phone:  (408) 331-1670
     Facsimile:  (408) 638-0326
10   Email:  jsung@innovationcounsel.com
            jikegami@innovationcounsel.com
11

12   Attorneys for Plaintiff
     PETZILLA, INC.
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18   PETZILLA, INC. a Delaware corporation,        Case No. 14-cv-01354 EMC
     d/b/a Petzila,
19                                                 **DECLARATION OF NICOLAS GIKKAS**
                        Plaintiff,                 **IN SUPPORT OF PLAINTIFF**
20                                                 **PETZILLA'S ADMINISTRATIVE**
            v.                                     **MOTION TO FILE DOCUMENTS**
21                                                 **UNDER SEAL**
     ANSER INNOVATION LLC, a Minnesota
22   limited liability company,
                                                   Courtroom:  5, 17th Floor
23                      Defendant.                 Judge:      Hon. Edward M. Chen

24

25

26

27

28
     Declaration of Nicolas Gikkas ISO Plaintiff Petzilla's Administrative Motion to File Documents Under Seal
     Case No. 14-cv-01354 EMC

I, Nicolas Gikkas, declare as follows:

1.     I am lead attorney and counsel of record for plaintiff Petzilla, Inc. ("Petzila") in the above-captioned matter.  I make this declaration on personal knowledge and if called as a witness could and would testify competently thereto.

2.     The document and information contained in Exhibit E of the Declaration of Nicolas Gikkas in Support of Motion for Leave to File Motion for Reconsideration of Plaintiff's Motion for Expedited Discovery (Dkt. No. 17) ("Gikkas Decl. ISO Motion for Leave") was produced by Defendant Anser Innovation LLC ("Anser") with bates number AIL00258 and designated "Highly Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by the Court.

3.     The document and information contained in Exhibit F of the Gikkas Decl. ISO Motion for Leave was produced by Anser with bates number AIL000032 and designated "Highly Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by the Court.

4.     The document and information contained in Exhibit G of the Gikkas Decl. ISO Motion for Leave was produced by Anser with bates number AIL000462 and designated "Highly Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by the Court.

5.     The documents and information contained in Exhibit H of the Gikkas Decl. ISO Motion for Leave were produced by Anser with bates numbers AIL000457-458 (email) and AIL000443 (list) and designated "Highly Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by the Court.

6.     The document and information contained in Exhibit I of the Gikkas Decl. ISO Motion for Leave was produced by Anser with bates numbers AIL000284-286 and designated "Highly Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by the Court.

7.     The document and information contained in Exhibit J of the Gikkas Decl. ISO Motion for Leave was produced by Anser with bates number AIL000260 and designated "Highly

1  Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by

2  the Court.

3      8.      The documents and information contained in Exhibit K of the Gikkas Decl. ISO

4  Motion for Leave were produced by Anser with bates numbers AIL000469-470 and designated

5  "Highly Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order

6  entered by the Court.

7      9.      The document and information contained in Exhibit L of the Gikkas Decl. ISO

8  Motion for Leave was produced by Anser with bates number AIL000444 and designated "Highly

9  Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by

10  the Court.

11      10.     The document and information contained in Exhibit P of the Gikkas Decl. ISO

12  Motion for Leave was produced by Anser with bates numbers AIL000265-83 and designated

13  "Highly Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order

14  entered by the Court.

15      11.     The document and information contained in Exhibit R of the Gikkas Decl. ISO

16  Motion for Leave was produced by Anser with bates number AIL000257 and designated "Highly

17  Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by

18  the Court.

19      12.     The document and information contained in Exhibit S of the Gikkas Decl. ISO

20  Motion for Leave was produced by Anser with bates number AIL000264 and designated "Highly

21  Confidential – Attorney's Eyes Only" under the terms of the stipulated protective order entered by

22  the Court.

23      I declare under penalty of perjury under the law of the United States of America that the

24  foregoing is true and correct.  Executed on this 22nd day of July 2014.

25                          By:  /s/ Nicolas S. Gikkas
                                  NICOLAS S. GIKKAS
26

27

28

1

## **CERTIFICATE OF SERVICE**

2

3      I, the undersigned counsel for Petzilla, Inc., do hereby certify that on this 22nd day of July

4  2014, served **DECLARATION OF NICOLAS GIKKAS IN SUPPORT OF PLAINTIFF**

5  **PETZILLA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**, by

6  causing a true and correct copy to be delivered via First Class U.S. Mail, addressed to the following

7  attorney in this case:

8

Grant Fairbairn
9  Fredrikson & Byron, P.A.
Attorney
10  200 South Sixth Street
Suite 4000
11  Minneapolis, MN  55402

12

13

14

15                    /s/ Nicolas S. Gikkas
Nicolas S. Gikkas (SBN 189452)
16                 The Gikkas Law Firm
530 Lytton Avenue
17                 2nd Floor
Palo Alto, CA  94301
18                 Phone:  (650) 617-3419
Facsimile:  (650) 618-2600
19                 Email:  nsg@gikkaslaw.com

20

21                  Attorney for Plaintiff
PETZILLA, INC. d/b/a PETZILA

22

23

24

25

26

27

28

Certificate of Service
Case No. 14-cv-01354 EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Nicolas Gikkas ISO Plaintiff Petzilla's Administrative Motion to File Documents Under Seal
Case No. 14-cv-01354 EMC

5