NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Phone: (650) 617-3419
Facsimile: (650) 618-2600
Email: nsg@gikkaslaw.com

KIEUN SUNG-IKEGAMI (SBN 211762)
JON IKEGAMI (SBN 211766)
INNOVATION COUNSEL LLP
2880 Lakeside Drive
Suite 200
Santa Clara, California 95054
Phone: (408) 331-1670
Facsimile: (408) 638-0326
Email: jsung@innovationcounsel.com
       jikegami@innovationcounsel.com

Attorneys for Plaintiff
PETZILLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETZILLA, INC. a Delaware corporation, d/b/a Petzila,<br><br>Plaintiff,<br><br>v.<br><br>ANSER INNOVATION LLC, a Minnesota limited liability company,<br><br>Defendant. | Case No. 14-cv-01354 EMC<br><br>**[PROPOSED ORDER] GRANTING PLAINTIFF PETZILA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Courtroom:   5, 17th Floor<br>Judge:        Hon. Edward M. Chen |

[Proposed] Order Granting Administrative Motion to File Documents Under Seal
Case No. 14-cv-01354 EMC

1    As set forth in Plaintiff Petzilla, Inc.'s ("Petzila") Administrative Motion to File Under Seal that Petzila lodged with the Court, certain documents contain information designated by Defendant Anser Innovation LLC as "Highly Confidential – Attorney's Eyes Only" under the provisions of the protective order entered by this Court.  These documents are to be removed from public inspection.

    1.    In the Declaration of Nicolas Gikkas in Suport of Motion for Leave to File Motion for Reconsideration of Plaintiff's Motion for Expedited Discovery (Dkt. No. 17), the exhibits designated as confidential by Defendant Anser that are to be removed from public view are set forth in the table below.

| |
|---|
| Exhibit E:  AIL000258 |
| Exhibit F:  AIL000032 |
| Exhibit G:  AIL000462 |
| Exhibit H:  AIL000443, AIL000457-458 |
| Exhibit I:  AIL000284-286 |
| Exhibit J:  AIL000260 |
| Exhibit K:  AIL000469-470 |
| Exhibit L:  AIL000444 |
| Exhibit P:  AIL000265-83 |
| Exhibit R:  AIL000257 |
| Exhibit S:  AIL000264 |

    2.    The unredacted version of the Motion for Leave to File Motion for Reconsideration of Plaintiff's Motion for Expedited Discovery (Dkt. No. 17), containing excerpts from the foregoing exhibits, is to be removed from public view.

IT IS HEREBY ORDERED that the above-referenced documents be filed under seal.

DATED: _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Administrative Motion to File Documents Under Seal    2
Case No. 14-cv-01354 EMC