NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Phone: (650) 617-3419
Facsimile: (650) 618-2600
Email: nsg@gikkaslaw.com

KIEUN SUNG-IKEGAMI (SBN 211762)
JON IKEGAMI (SBN 211766)
INNOVATION COUNSEL LLP
2880 Lakeside Drive
Suite 200
Santa Clara, California 95054
Phone: (408) 331-1670
Facsimile: (408) 638-0326
Email: jsung@innovationcounsel.com
       jikegami@innovationcounsel.com

Attorneys for Plaintiff
PETZILLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETZILLA, INC. a Delaware corporation, d/b/a Petzila,<br><br>Plaintiff,<br><br>v.<br><br>ANSER INNOVATION LLC, a Minnesota limited liability company,<br><br>Defendant. | Case No. 14-cv-01354 EMC<br><br>**DECLARATION OF NICOLAS GIKKAS IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY (Dkt. No. 17)**<br><br>Date:       TBD<br>Time:       1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:      Hon. Edward M. Chen |

I, Nicolas Gikkas, declare as follows:

1. I am lead attorney and counsel of record for plaintiff Petzilla, Inc. ("Petzila") in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's First Set of Request for Production of Documents to Defendant Anser Innovation LLC [Nos. 1-20], served on June 6, 2014.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Notice of Deposition of Lisa M. Lavin, served on June 17, 2014.

4. On or about June 24, 2014, Anser produced, via emailed hyperlink, approximately 292 pages for Anser's first response to Petzila's document request.

5. Attached hereto as Exhibit C is a true and correct copy of a letter dated July 1, 2014, from Nicolas Gikkas to Grant Fairbairn.

6. On or about July 8, 2014, Anser produced, via emailed hyperlink, approximately 153 pages for Anser's second response to Petzila's document request.

7. Attached hereto as Exhibit D is a true and correct copy of a letter dated July 8, 2014, from Nicolas Gikkas to Grant Fairbairn.

8. On or about July 11, 2014, Anser produced, via emailed hyperlink, approximately 25 pages for Anser's third response to Petzila' document request.

9. Attached hereto as Exhibit E is a true and correct copy of a document produced by Anser with bates number AIL000258.

10. Attached hereto as Exhibit F is a true and correct copy of a document produced by Anser with bates number AIL000032.

11. Attached hereto as Exhibit G is a true and correct copy of a document produced by Anser with bates number AIL000462.

12. Attached hereto as Exhibit H is a true and correct copy of certain pages from documents produced by Anser with bates numbers AIL000457-458 (email) and AIL000443 (list).

1  13. Attached hereto as Exhibit I is a true and correct copy of a document produced by
2  Anser with bates numbers AIL000284-286.
3  14. Attached hereto as Exhibit J is a true and correct copy of a document produced by
4  Anser with bates number AIL000260.
5  15. Attached hereto as Exhibit K is a true and correct copy of a document produced by
6  Anser with bates numbers AIL000469-470.
7  16. Attached hereto as Exhibit L is a true and correct copy of a document produced by
8  Anser with bates numbers AIL000444.
9  17. Attached hereto as Exhibit M is a true and correct copy of certain pages from
10 Anser's website, www.petchatz.com/store/retailers/account, retrieved on July 11, 2014. These
11 web pages were also previously retrieved on May 13, 2014, as part of Petzila's Reply to
12 Opposition to Motion for Expedited Discovery and Enlarging Time for Defendant's Motion to
13 Dismiss at page 6. (Dkt. No. 27).
14 18. Attached hereto as Exhibit N is a true and correct copy of a letter dated July 8,
15 2014, from Grant Fairbairn to Nicolas Gikkas.
16 19. Attached hereto as Exhibit O is a true and correct copy of a letter dated July 11,
17 2014, from Grant Fairbairn to Nicolas Gikkas.
18 20. Attached hereto as Exhibit P is a true and correct copy of a document produced by
19 Anser with bates numbers AIL000265-83.
20 21. Attached hereto as Exhibit Q is a true and correct copy of U.S. Pat. No. 8,201,522
21 and related USPTO Patent Assignment Abstract of Title evidencing transfer to Anser Innovation
22 LLC (the latter retrieved on July 18, 2014 from http://assignments.uspto.gov/assignments/).
23 22. Attached hereto as Exhibit R is a true and correct copy of a document produced by
24 Anser with bates number AIL000257.
25 23. Attached hereto as Exhibit S is a true and correct copy of a document produced by
26 Anser with bates number AIL000264.
27 24. Attached hereto as Exhibit T is a true and correct copy of an email dated July 15,
28 2014, from Nicolas Gikkas to Grant Fairbairn.

1   I declare under penalty of perjury under the law of the United States of America that the
2   foregoing is true and correct. Executed on this 22nd day of July 2014.
3
4                          By:  /s/ Nicolas S. Gikkas
5                              NICOLAS S. GIKKAS

DECLARATION OF NICOLAS S. GIKKAS IN SUPPORT OF MOTION FOR LEAVE TO FILE
CASE NO. 14-CV-01354-EMC                                                                    4