# **EXHIBIT B**

```
 1  NICOLAS S. GIKKAS (SBN 189452)
    THE GIKKAS LAW FIRM
 2  530 Lytton Avenue
    2nd Floor
 3  Palo Alto, California 94301
    Phone: (650) 617-3419
 4  Facsimile: (650) 618-2600
    Email: nsg@gikkaslaw.com
 5

 6  KIEUN SUNG-IKEGAMI (SBN 211762)
    JON IKEGAMI (SBN 211766)
 7  INNOVATION COUNSEL LLP
    2880 Lakeside Drive
 8  Suite 200
    Santa Clara, California 95054
 9  Phone: (408) 331-1670
    Facsimile: (408) 638-0326
10  Email: jsung@innovationcounsel.com
           jikegami@innovationcounsel.com
11

12  Attorneys for Plaintiff
    PETZILLA, INC.
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETZILLA, INC. a Delaware corporation, d/b/a Petzila,<br><br>    Plaintiff,<br><br>    v.<br><br>ANSER INNOVATION LLC, a Minnesota limited liability company,<br><br>    Defendant. | Case No. 14-cv-01354 EMC<br><br>**PLAINTIFF'S NOTICE OF DEPOSITION OF LISA M. LAVIN**<br><br>Judge: Hon. Edward M. Chen |

Notice of Deposition of Lisa M. Lavin
Case No. 14-cv-01354 EMC

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to and in accordance with Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Petzilla, Inc., by its attorneys will commence the deposition of Lisa M. Lavin, CEO for Defendant Anser Innovation LLC, on July 17, 2014 at 10:00 a.m., at the offices of Fish & Richardson, 3200 RBC Plaza, 60 South Sixth Street, Minneapolis, MN 55402, or at such other location as may be agreed upon by the parties. The noticed deponent is an officer of the corporate defendant and shall testify on behalf of Anser Innovation LLC. This deposition will be taken before a certified shorthand reporter authorized by law to administer oaths, and will be recorded stenographically and by videotape.

Dated: June 17, 2014

THE GIKKAS LAW FIRM

By: _____
NICOLAS S. GIKKAS
Attorneys for Plaintiff
PETZILLA, INC. d/b/a PETZILA

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Petzilla, Inc., do hereby certify that on this 17th day of June 2014, served **PLAINTIFF'S NOTICE OF DEPOSITION OF LISA M. LAVIN,** by causing a true and correct copy to be delivered via First Class U.S. Mail, addressed to the following attorney in this case:

Grant Fairbairn
Fredrikson & Byron, P.A.
Attorney
200 South Sixth Street
Suite 4000
Minneapolis, MN  55402


Nicolas S. Gikkas (SBN 189452)
The Gikkas Law Firm
530 Lytton Avenue
2nd Floor
Palo Alto, CA  94301
Phone:  (650) 617-3419
Facsimile:  (650) 618-2600
Email:  nsg@gikkaslaw.com


Attorney for Plaintiff
PETZILLA, INC. d/b/a PETZILA

Certificate of Service
Case No. 14-cv-01354 EMC