NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Phone: (650) 617-3419
Facsimile: (650) 618-2600
Email: nsg@gikkaslaw.com


KIEUN SUNG-IKEGAMI (SBN 211762)
JON IKEGAMI (SBN 211766)
INNOVATION COUNSEL LLP
2880 Lakeside Drive
Suite 200
Santa Clara, California 95054
Phone: (408) 331-1670
Facsimile: (408) 638-0326
Email: jsung@innovationcounsel.com
       jikegami@innovationcounsel.com

Attorneys for Plaintiff
PETZILLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETZILLA, INC. a Delaware corporation, d/b/a Petzila,<br><br>Plaintiff,<br><br>v.<br><br>ANSER INNOVATION LLC, a Minnesota limited liability company,<br><br>Defendant. | Case No. 14-cv-01354 EMC<br><br>**[PROPOSED ORDER] GRANTING PLAINTIFF PETZILA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

[Proposed] Order Granting Administrative Motion to File Under Seal its Opp. Brief
Case No. 14-cv-01354 EMC

As set forth in Plaintiff Petzilla, Inc.'s ("Petzila") Administrative Motion to File Under Seal its Oppositon Brief as lodged with the Court, the following document is to be removed from public inspection:

> The unredacted version of the Opposition to Defendant's Motion to Dismiss, that contains excerpts from documents previously sealed pursuant to the Court's Order at Docket No. 39, is to be removed from public view.

IT IS HEREBY ORDERED that the above-referenced document is to be filed under seal.

DATED: August 13, 2014                   _____
                                          HON. EDWARD M. CHEN
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*