NICOLAS S. GIKKAS (SBN 189452)
THE GIKKAS LAW FIRM
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Phone: (650) 617-3419
Facsimile: (650) 618-2600
Email: nsg@gikkaslaw.com

KIEUN SUNG-IKEGAMI (SBN 211762)
JON IKEGAMI (SBN 211766)
INNOVATION COUNSEL LLP
2880 Lakeside Drive
Suite 200
Santa Clara, California 95054
Phone: (408) 331-1670
Facsimile: (408) 638-0326
Email: jsung@innovationcounsel.com
       jikegami@innovationcounsel.com

Attorneys for Plaintiff
PETZILLA, INC.


MICHAEL F. HEAFEY (State Bar No. 153499)
mheafey@kslaw.com
GEORGE R. MORRIS (State Bar No. 249930)
gmorris@kslaw.com
King & Spalding LLP
601 S. California Street
Palo Alto, CA 94304
Telephone: 1 650 422 6700
Facsimile: 1 650 422 6800

GRANT D. FAIRBAIRN (admitted *pro hac vice*)
gfairbairn@fredlaw.com
Fredrikson Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425
Telephone: 1 612 492 7000
Facsimile: 1 612 492 7077

Attorneys for Defendant
ANSER INNOVATION LLC

1

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | SAN FRANCISCO DIVISION | |

| | | |
|---|---|---|
| PETZILLA, INC. a Delaware Corporation, d/b/a Petzila | | Case No. 3:14-cv-01354-EMC |
| Plaintiff, | | **STIPULATION FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL CIVIL RULES 6-2(a) AND 7-12** |
| v. | | |
| ANSER INNOVATION LLC, a Minnesota limited liability company, | | |
| Defendant. | | |

Plaintiff Petzilla, Inc. ("Petzilla") and Defendant Anser Innovation LLC ("Anser") file this stipulation pursuant to Local Civil Rules 6-2 and 7-12 to request that the Court enter an order continuing the initial Case Management Conference ("CMC") (currently set for September 4, 2014, *see* Dkt. No. 30) until October 9, 2014. The parties likewise request an order extending the deadline for the joint case management conference statement (currently set for August 28, 2014) until October 2, 2014.

The parties make this request to allow the Court time to consider Anser's pending Motion Pursuant To Rule 12(b)(2) To Dismiss For Lack Of Personal Jurisdiction ("Motion to Dismiss") (Dkt. No. 34) before engaging in scheduling issues. The hearing on Anser's Motion to Dismiss is set for August 28, 2014, which is the current deadline for the joint case management conference statement and one week before the initial CMC. The parties agree that, under the circumstances of this case, it is appropriate to postpone the CMC by one month. If the Court grants the Motion, this case will end and there will be no need for the CMC. If the Court denies the Motion, the CMC will occur only one month later than currently scheduled.

The Court previously continued the CMC from June 19, 2014 to September 4, 2014. (Dkt. No. 30.) At the time of that continuance, however, the parties had not yet agreed on a

2

STIPULATION FOR A CONTINUANCE OF THE INITIAL CASE
MANAGEMENT CONFERENCE PURSUANT TO LOCAL CIVIL RULES 6-2 AND 7-12         CASE NO. 3:14-CV-01354-EMC

1  hearing date for the Motion to Dismiss. Now that the hearing on the Motion is set for August 28,
2  2014, the parties agree that the most efficient course is to further continue the initial CMC. The
3  parties have not yet had any discussions toward developing a schedule, and the requested time
4  modification will not impact the schedule for the case because there are no other pending
5  deadlines beyond those related to the CMC.
6      For the foregoing reasons, Petzilla and Anser request an order continuing the initial CMC
7  until October 9, 2014 and the deadline for the joint case management conference statement until
8  October 2, 2014.
9      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11  DATED: _____August 21, 2014_____        __/s/ Nicolas S. Gikkas_____
12      NICOLAS S. GIKKAS (SBN 189452)
    THE GIKKAS LAW FIRM
13      530 Lytton Avenue
    2nd Floor
14      Palo Alto, California 94301
15      Phone:  (650) 617-3419
    Facsimile:  (650) 618-2600
16      Email:   nsg@gikkaslaw.com

17      KIEUN SUNG-IKEGAMI (SBN 211762)
    JON IKEGAMI (SBN 211766)
18      INNOVATION COUNSEL LLP
    2880 Lakeside Drive
19      Suite 200
    Santa Clara, California 95054
20      Phone:  (408) 331-1670
    Facsimile:  (408) 638-0326
21      Email:  jsung@innovationcounsel.com

22       jikegami@innovationcounsel.com

3

STIPULATION FOR A CONTINUANCE OF THE INITIAL CASE
MANAGEMENT CONFERENCE PURSUANT TO LOCAL CIVIL RULES 6-2 AND 7-12    CASE NO. 3:14-CV-01354-EMC

| | |
|---|---|
| DATED: _____August 21, 2014_____ | __/s/ Grant D. Fairbairn_____<br>MICHAEL F. HEAFEY (State Bar No. 153499)<br>mheafey@kslaw.com<br>GEORGE R. MORRIS (State Bar No. 249930)<br>gmorris@kslaw.com<br>King & Spalding LLP<br>601 S. California Street<br>Palo Alto, CA 94304<br>Telephone: 1 650 422 6700<br>Facsimile:  1 650 422 6800<br><br>GRANT D. FAIRBAIRN (admitted *pro hac vice*)<br>gfairbairn@fredlaw.com<br>Fredrikson Byron, P.A.<br>200 South Sixth Street<br>Suite 4000<br>Minneapolis, MN 55402-1425<br><br>Telephone: 1 612 492 7000<br>Facsimile: 1 612 492 7077 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  8/25/14                            _____

                                           EDWARD M. CHEN

                                           United States District Judge

4

STIPULATION FOR A CONTINUANCE OF THE INITIAL CASE
MANAGEMENT CONFERENCE PURSUANT TO LOCAL CIVIL RULES 6-2 AND 7-12                    CASE NO. 3:14-CV-01354-EMC